# Office of the Chapter 13 Standing Trustee

**Isabel C. Balboa, Chapter 13 Standing Trustee†**

*Jane L. McDonald, Counsel*  
*Raymond H. Shockley, Jr. Staff Attorney*  
*Jennifer R. Gorchow, Staff Attorney*

*Kelleen E. Stanley\**  
*Jennie P. Archer\**  
*Jenai M. Cerquoni\**

*\*Certified Bankruptcy Assistant*  
*†Fellow, American College of Bankruptcy*

February 14, 2018

The Honorable Jerrold N. Poslusny, Jr.  
United States Bankruptcy Court  
P.O. Box 2067  
Camden, New Jersey 08102

RE:    Chapter 13 Bankruptcy  
       Debtor(s) Name:    Oscar Herring, Jr.  
       Case No:    17-19911   JNP  
       Hearing Date:    N/A

Dear Judge Poslusny:

    Please accept this letter as a response to Debtor(s)' Motion/Application filed on February 8, 2018.

    The Trustee wishes to correct Mr. Rogers Certification in Support of his supplemental fee. Mr. Rogers Certification states that he has applied for $3,499.00 in this case and has been paid $0.00. The Trustee, however, has disbursed $3,199.00 to him (pursuant to the December 21, 2017 confirmation Order). This sum is in addition to the $300.00 retainer reported in the Attorney Disclosure Statement.

    However, the Trustee does not oppose Mr. Rogers request for another $900.00 in his current fee application.

    As always, the Court is welcome to contact the Trustee with any questions.

    Respectfully submitted,

    *OFFICE OF THE CHAPTER 13*  
    *STANDING TRUSTEE*

    */s/ Isabel C. Balboa*

    **ISABEL C. BALBOA**  
    Chapter 13 Standing Trustee

ICB:lka

c:    Joseph J. Rogers, Esquire   (Debtor(s)' Counsel)   (via Electronic Case Filing / ECF)  
    Oscar Herring, Jr.   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002

Payments Only:  
P.O. Box 1978  
Memphis, TN 38101-1978