UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR1185)
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

**Order Filed on March 27, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Oscar Herring, Jr.

Case Number: 17- 19911 JNP

Hearing Date:

Judge: Jerrold N. Poslusny

**CORRECTIVE ORDER GRANTING APPLICATION TO AUTHORIZE LOAN MODIFICATION AND CORRECTING NAME OF LENDER FROM MIDLAND MORTGAGE TO MIDFIRST BANK**

The relief set forth on the following page two (2) is hereby **ORDERED**.

**DATED: March 27, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Oscar Herring, Jr.
Case No.: 17- 19911 JNP
Caption of Order: CORRECTIVE ORDER GRANTING APPLICATION TO AUTHORIZE LOAN MODIFICATION AND CORRECTING NAME OF LENDER FROM MIDLAND MORTGAGE TO MIDFIRST BANK

1. That Oscar Herring, Jr. is hereby authorized to enter into and consummate a loan modification with Midfirst Bank pursuant to the terms and conditions of the annexed loan modification agreement, relating to real property located at 101 Warwick Rd., Lawnside, NJ 08045.

2. That Oscar Herring, Jr. and/or Midfirst Bank are authorized to enter and consummate any transaction necessary and incident to the modification of the loan relating to this property, the sole exception being the transfer of the property or an interest in the property by the Debtor to someone else.

    a. Limited Stay Relief is Granted to allow Midfirst Bank to negotiate any such agreement with Oscar Herring, Jr. or counsel, enter into and sign a loan modification agreement, and record any documents with the appropriate Recorders office.

3. That Oscar Herring, Jr. and/or Midfirst Bank are authorized to negotiate and prepare the terms or documents relating to a loan modification, or any necessary transaction incident to a loan modification agreement, such as, but not limited to the circumstances described above, with respect to this property and any such negotiation and/or preparation of documents and/or recording of documents, by the parties shall not be considered to be a violation of the automatic stay and are specifically authorized by the Court.

4. Midfirst Bank shall amend its Proof of Claim to $0 or the amount paid to date within 30 days of the date of this Order;

5. A Modified Chapter 13 Plan contemplating payment of arrears by way of loan modification was filed October 19 and is scheduled for a confirmation hearing on December 20, 2017; therefore no additional modified plan will be required;

6. Oscar Herring, Jr. will file an amended Schedule J within 30 days of the entry of the within Order.