UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR1185)
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

Order Filed on March 27, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Oscar Herring, Jr.

Case Number: 17- 19911 JNP

Hearing Date:

Judge: Jerrold N. Poslusny

## CORRECTIVE ORDER GRANTING APPLICATION TO AUTHORIZE LOAN MODIFICATION AND CORRECTING NAME OF LENDER FROM MIDLAND MORTGAGE TO MIDFIRST BANK

The relief set forth on the following page two (2) is hereby **ORDERED**.

**DATED: March 27, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Oscar Herring, Jr.
Case No.:   17- 19911 JNP
Caption of Order: CORRECTIVE ORDER GRANTING APPLICATION TO AUTHORIZE LOAN MODIFICATION AND CORRECTING NAME OF LENDER FROM MIDLAND MORTGAGE TO MIDFIRST BANK

1. That Oscar Herring, Jr. is hereby authorized to enter into and consummate a loan modification with Midfirst Bank pursuant to the terms and conditions of the annexed loan modification agreement, relating to real property located at 101 Warwick Rd., Lawnside, NJ 08045.

2. That Oscar Herring, Jr. and/or Midfirst Bank are authorized to enter and consummate any transaction necessary and incident to the modification of the loan relating to this property, the sole exception being the transfer of the property or an interest in the property by the Debtor to someone else.

   a. Limited Stay Relief is Granted to allow Midfirst Bank to negotiate any such agreement with Oscar Herring, Jr. or counsel, enter into and sign a loan modification agreement, and record any documents with the appropriate Recorders office.

3. That   Oscar Herring, Jr. and/or Midfirst Bank  are authorized to negotiate and prepare the terms or documents relating to a loan modification, or any necessary transaction incident to a loan modification agreement, such as, but not limited to the circumstances described above, with respect to this property and any such negotiation and/or preparation of documents and/or recording of documents, by the parties shall not be considered to be a violation of the automatic stay and are specifically authorized by the Court.

4. Midfirst Bank  shall amend its Proof of Claim to $0 or the amount paid to date  within 30 days of the date of this Order;

5. A Modified Chapter 13 Plan contemplating payment of arrears by way of loan modification was filed October 19 and is scheduled for a confirmation hearing on December 20, 2017; therefore no additional modified plan will be required;

6. Oscar Herring, Jr.  will file an amended Schedule J within 30 days of the entry of the within Order.

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 17-19911-JNP
Oscar Herring, Jr.                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1               Date Rcvd: Mar 27, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2018.
db             Oscar Herring, Jr.,    101 Warwick Road,    Lawnside, NJ 08045

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                              Signature:   /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2018 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing LLC NJECFMAIL@mwc-law.com
              Celine P. Derkrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company njecfmail@mwc-law.com
              Celine P. Derkrikorian    on behalf of Creditor    Bayview Loan Servicing LLC njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Debtor Oscar  Herring, Jr. jjresq@comcast.net,
               jjresq1@comcast.net
              Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing LLC nj-ecfmail@mwc-law.com
              Mina M Beshara    on behalf of Creditor    Bayview Loan Servicing LLC nj-ecfmail@mwc-law.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10