Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 17–19911–JNP
                Chapter: 13
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Oscar Herring Jr.
   aka Oscar Herring, aka Oscar L. Herring
   101 Warwick Road
   Lawnside, NJ 08045

Social Security No.:
   xxx–xx–2783

Employer's Tax I.D. No.:

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 18, 2018</u>                <u>Jerrold N. Poslusny Jr.</u>
                                              Judge, United States Bankruptcy Court